(V. D. 18)

MANHATTAN NOVELTY CORP. ET AL. v. UNITED STATES

Entry No. 70156, etc.

(Decided September 9, 1955)

*Lane, Young & Fox* (*William H. Fox* of counsel) for the plaintiffs.
*Geo. Stephen Leonard*, Acting Assistant Attorney General, for the defendant.

WILSON, Judge: These matters are presently before me on a remand from a classification proceeding decided by the first division of this court in *Manhattan Novelty Corp. et al.* v. *United States*, 33 Cust. Ct. 472, Abstract 58616. The judgment entered therein stated: "* * * that the matters be remanded to a single judge in reappraisement pursuant to the provisions of Title 28 U. S. C. § 2636 (d)."

The matters have been submitted for decision upon an agreed statement of facts entered into by and between counsel for the respective parties hereto.

Upon the agreed facts, I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)), to be the proper basis for determining the values of the involved merchandise and that such values are as set forth in schedule "A," hereto attached and made a part hereof.

I further find such values to be the dutiable values of said merchandise.

The actions having been abandoned insofar as all other items of merchandise are concerned, to that extent they are dismissed.

Judgment will be entered accordingly.

SCHEDULE "A"

| Remand of protest No. | Entry No. | Merchandise | United States dollars per each |
|---|---|---|---|

MANHATTAN NOVELTY CORP.

| | | | |
|---|---|---|---|
| 232547–K/19349–53 | WHB 70156 | 150 pcs. 7 x 50 binoculars with cases | |
| | | Binoculars_____ | 11. 07 |
| | | Carrying cases_____ | 1. 25 plus casing and packing |

SELSI CO., INC.

| | | | |
|---|---|---|---|
| 232561–K/19359–53 | 819348 | 100 pcs. Art. No. 7926 7 x 35 binoculars with cases | |
| | | Binoculars_____ | 15. 55 |
| | | Carrying cases_____ | 1. 25 net packed |
| | | 250 pcs. Art. No. 4762 6 x 15 binoculars with cases | |
| | | Binoculars_____ | 5. 75 |
| | | Carrying cases_____ | 0. 50 net packed |
| | | 100 pcs. Art. No. 7150 7 x 18 binoculars with cases | |
| | | Binoculars_____ | 6. 80 |
| | | Carrying cases_____ | 0. 60 net packed |
| | 823067 | 50 pcs. Art. No. 7928 6 x 30 binoculars with cases | |
| | | Binoculars_____ | 9. 60 |
| | | Carrying cases_____ | 1. 00 net packed |
| | | 25 pcs. Art. No. 7928 6 x 30 binoculars with cases | |
| | | Binoculars_____ | 9. 60 |
| | | Carrying cases_____ | 1. 00 net packed |
| | | 35 pcs. Art. No. 7929 8 x 30 binoculars with cases | |
| | | Binoculars_____ | 10. 30 |
| | | Carrying cases_____ | 1. 00 net packed |
| | | 25 pcs. Art. No. 7930 6 x 30 binoculars with cases | |
| | | Binoculars_____ | 9. 05 |
| | | Carrying cases_____ | 1. 00 net packed |

| *Remand of protest No.* | *Entry No.* | *Merchandise* | *United States dollars per each* |
|---|---|---|---|
| 232561–K/19359–53 | 823067 | 15 pcs. Art. No. 7931 8 x 30 binoculars with cases | |
| | | Binoculars_____ | 9. 75 |
| | | Carrying cases_____ | 1. 00 |
| | | | net packed |
| | | 100 pcs. Art. No. 7925 7 x 35 binoculars with cases | |
| | | Binoculars_____ | 15. 55 |
| | | Carrying cases_____ | 1. 25 |
| | | | net packed |
| 236334–K/20961–53 | 804201 | 50 pcs. Art. No. 7495 8 x 30 binoculars with cases | |
| | | Binoculars_____ | 12. 00 |
| | | Carrying cases_____ | 1. 00 |
| | | | net packed |
| | | 50 pcs. Art. No. 7493 7 x 50 binoculars with cases | |
| | | Binoculars_____ | 14. 30 |
| | | Carrying cases_____ | 2. 00 |
| | | | net packed |
| | | 25 pcs. Art. No. 7494 6 x 30 binoculars with cases | |
| | | Binoculars_____ | 11. 30 |
| | | Carrying cases_____ | 1. 00 |
| | | | net packed |
| | | 10 pcs. Art. No. 7392 7 x 50 binoculars with cases | |
| | | Binoculars_____ | 19. 00 |
| | | Carrying cases_____ | 2. 00 |
| | | | net packed |

TEXOMA WHOLESALE JEWELERS
S. H. POMERANCE CO., INC.

| | | | |
|---|---|---|---|
| 232563–K/19361–53 | 854676 | 50 pcs. 7 x 35 binoculars with cases | |
| | | Binoculars_____ | 18. 95 |
| | | Carrying cases_____ | 2. 05 |
| | | | net packed |